**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cr-00180-JAD-PAL |
| ) | |
| vs. ) | ORDER GRANTING MOTION TO |
| ) | TEMPORARILY MODIFY |
| DENZEL CAMPBELL, ) | PRETRIAL RELEASE CONDITIONS |
| ) | |
| Defendant. ) | (Docket No. 256) |
| ) | |

Pending before the Court is Defendant Denzel Campbell's unopposed motion to temporarily modify conditions of pretrial release. Docket No. 256.

Defendant submits that his grandmother lives in Gary, Indiana, and that his family has planned a birthday party for her 95th birthday at the end of January. *Id*. at 2. Defendant asks the Court to modify his travel restriction to allow him to travel to Indiana from January 26-28, 2018, for the purpose of attending his grandmother's party. *Id*. Defendant submits that his counsel has spoken to his Pretrial Services Officer and to the Assistant United States Attorneys assigned to this case, and that none has an opposition to this request. *Id*.

. . . .

. . . .

. . . .

. . . .

. . . .

Accordingly, the Court **GRANTS** Defendant's motion to temporarily modify his conditions of pretrial release. Docket No. 256. The Court orders that the travel restriction is temporarily modified to allow Defendant to travel from Texas to Indiana from January 26-28, 2018. No later than January 19, 2018, Defendant must provide his Pretrial Services officer with all of his travel plans, including but not limited to his flight arrangements and where and with whom he will stay while he is in Indiana. All other conditions of release, as set out in Docket No. 139, remain.

IT IS SO ORDERED.

DATED: January 12, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge