# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENZEL CAMPBELL,<br><br>    Defendant. | 2:17-cr-180-JAD-PAL-14<br><br>**Order of Dismissal of the Indictment as to Defendant Campbell Without Prejudice**<br><br>ECF No. 539 |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the charge brought against Defendant Denzel Campbell contained in the Indictment in the above-captioned case.

    DAYLE ELIESON
    United States Attorney

    *s/ Richard Anthony Lopez*
    RICHARD ANTHONY LOPEZ
    Assistant United States Attorney

Based on the Goverment's Motion to Dismiss the Indictment Without Prejudice [ECF No. 539],the Defendant's Non-Opposition [ECF No. 540], and good cause appearing, IT IS ORDERED that the Indictment is dismissed without prejudice as to defendant Denzel Campbell only.

DATED: 1/14/2019

    _____
    HONORABLE JENNIFER A. DORSEY
    UNITED STATES DISTRICT JUDGE